MARCH TERM, 1920.       557

*94 N. J. L.*     Egyptian Lacquer Mfg. Co. v. Chem. Co. of Am.

THE EGYPTIAN LACQUER MANUFACTURING COMPANY, APPELLANT, v. CHEMICAL COMPANY OF AMERICA, RESPONDENT.

Submitted March 22, 1920—Decided June 14, 1920.

On appeal from the Supreme Court, whose opinion is reported in 93 *N. J. L.* 305.

For the appellant, *Francis A. Gordon.*

For the respondent, *John K. English.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 13.

*For reversal*—None.